**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**STEPHANIE J. HARRIS,**

           **Plaintiff,**

    **v.**                                      1:09-cv-1112

**COMMISSIONER OF SOCIAL SECURITY,**

           **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Office of Peter M. Margolius<br>7 Howard Street<br>Catskill, NY 12414<br>Attorney for Plaintiff | Peter M. Margolius, Esq. |
| SOCIAL SECURITY ADMINISTRATION<br>Office of the General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, New York 10278<br>Attorney for Defendant | Thomas C. Gray, Esq.<br>Special Assistant U.S. Attorney |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## **ORDER**

    The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 27th day of July 2011. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

    **ORDERED** that:

    1.  The Report-Recommendation is hereby adopted in its entirety.

    2.  The Commissioner is granted judgment on the pleadings and Plaintiff's motion for judgment on the pleadings is denied.

    3.  The Clerk is directed to close the case and enter judgment accordingly.

    4.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: August 17, 2011
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge